# Court of Appeals
# of the State of Georgia

ATLANTA,___July 23, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0455.  KEVIN J. BRIGGS, SR. v. TERINEE L. GUNDY.**

Kevin J. Briggs, Sr. seeks to appeal the trial court's order finding him in contempt of multiple provisions of a final divorce decree.  Jurisdiction lies in the Supreme Court, which has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_07/23/2013_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


*, Clerk.*